**Order entered September 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00365-CR

**MARK ANGELO GUAJARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-72357-U**

## ORDER

The Court **DENIES** court reporter Cheryl Dixon's August 31, request for an extension until September 3, 2015 to file the reporter's record. Ms. Dixon did not tender the reporter's record by September 3, 2015.

We **ORDER** court reporter Cheryl Dixon to file the complete reporter's record in this appeal, including all exhibits admitted into evidence, within **SEVEN DAYS** of the date of this order. No further extension requests will be entertained. If the reporter's record is not filed within the time specified, the Court will order that Cheryl Dixon surrender her notes of the proceedings in this case to the trial court for preparation by another court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, court reporter; and to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE